| Entry No. | Entry date | First extension | Second extension | Third extension | Liquidation date |
|---|---|---|---|---|---|
| 82–201665–4 | 8/19/82 | July 1983 | July 1984 | NA | 1/4/85 |
| 82–201693–9 | 8/24/82 | July 1983 | July 1984 | NA | 1/4/85 |
| 83–101243–2 | 11/9/82 | Oct. 1983 | Sept. 1984 | NA | 1/4/85 |
| 83–101299–5 | 11/12/82 | Oct. 19 83 | Sept. 1984 | NA | 1/4/85 |
| 83–101390–7 | 11/24/82 | Oct. 1983 | Sept. 1984 | NA | 1/4/85 |

FORMER EMPLOYEES OF KOMATSU DRESSER, PLAINTIFFS *v.*
U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 91–08–00559

(Dated August 3, 1992)

## JUDGMENT

GOLDBERG, *Judge*: Upon consideration of the record and other papers filed herein, and upon determination that no appeal was filed from the Department of Labor's Final Results of Remand, the court finds that the Department of Labor's Final Results of Remand were rendered in conformity with the decision of this court set forth in Slip Op. 92–59 (Ct. Int'l Trade April 24, 1992). Therefore, it is hereby

ORDERED that the Department of Labor's Final Results of Remand, filed with the court on June 9, 1992, are sustained; and it is further

ORDERED that this action is dismissed.